**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
Eastern Division**

Maria Elena Hernandez
                                  Plaintiff,

v.                                                  Case No.: 1:17−cv−05465
                                                  Honorable Virginia M. Kendall

Supermercado Joliet, Inc., et al.
                                  Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, May 7, 2018:

      MINUTE entry before the Honorable Virginia M. Kendall. The parties have settled the case before Magistrate Judge Schenkier. Case is dismissed without prejudice to become final and automatically convert to a dismissal with prejudice on 6/7/2018. Civil case terminated. Mailed notice(lk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.